IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANAS A. DOWL, inmate # 345639, and )
ERNEST A. JACOBSSON, inmate # 403566, )
               )
          Plaintiffs, )
   vs. )
               )
DEAN WILLIAMS, Commissioner, )
Alaska Department of Corrections, et al., )
               )   No. 3:18-cv-0119-HRH
          Defendants. )
_____)

JUDGMENT

   IT IS HEREBY ORDERED AND ADJUDGED:

   (1)   The Settlement Agreement,[1] executed September 3, 2019, by counsel for the parties, is approved.

   (2)   The parties shall proceed to execute the terms of their Settlement Agreement, which terms are hereby adopted by the court as a full and complete resolution of all claims by all parties to this case.

   (3)   Plaintiffs' complaint as amended is dismissed with prejudice; however, jurisdiction of this case is retained for purposes of enforcing the terms of the Settlement Agreement.

   DATED at Anchorage, Alaska, this  6th  day of September, 2019.

                    /s/ H. Russel Holland
                    United States District Judge

---

   [1]Docket No. 62-1.

JUDGMENT                                                - 1 -

Case 3:18-cv-00119-HRH  Document 63  Filed 09/06/19  Page 1 of 1